COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Senrick Wilkerson v. Ramsey 1 Unit

Appellate case number:   01-14-00790-CV

Trial court case number: 78470-I

Trial court:             412th Judicial District Court of Brazoria County


In response to the Court's order that plaintiff file additional materials required to pursue his civil suit as an indigent under Chapter 14 of the Civil Practice and Remedies Code, plaintiff has filed a letter requesting access to legal authorities or, alternatively, an extension of time to respond to the court's order. The court GRANTS the request for an extension of time in part. The plaintiff must fulfill the missing Chapter 14 requirements by filing the appropriate materials with the Court no later than March 31, 2015. If the requirements for establishing indigency are not met at time, or the filing fee paid, the Court will dismiss the appeal for want of prosecution.

It is so ORDERED.


Judge's signature: /s/ Jane Bland
                   ☒ Acting individually


Date: March 3, 2015